**EXHIBIT 2:** INFRINGEMENT #1

URL: https://www.instagram.com/p/B5wH39NgmdB/

