# KAPLAN HECKER & FINK LLP

350 FIFTH AVENUE | 63rd FLOOR
NEW YORK, NEW YORK 10118

1050 K STREET NW | SUITE 1040
WASHINGTON, DC 20001

TEL (212) 763-0883 | FAX (212) 564-0883

WWW.KAPLANHECKER.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/4/2024

April 1, 2024

**VIA CM/ECF**

Hon. Colleen McMahon
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

*Handwritten note:* Hearing re-scheduled to May 2, 2024 at 11:00 am.
*/s/ Colleen McMahon*
4/4/2024

Re:   *O'Neil v. Hadid*, 22-cv-10711-CM

Dear Judge McMahon:

I have just recently been engaged to represent Ms. Hadid in the above-referenced matter. I write, with the consent of Plaintiff, to respectfully request a 30-day adjournment of the April 9 hearing, in order to gain an appropriate understanding of the facts and to confer with Ms. Hadid and with Plaintiff concerning potential resolution. This is our first request for an adjournment, and the requested adjournment should not affect any other dates in this matter.

I thank the Court for its consideration and am available to answer any questions that the Court may have.

Respectfully submitted,

John C. Quinn
Counsel for Defendant