

333 EARLE OVINGTON BLVD, STE 402
UNIONDALE, NEW YORK 11553
T: 516-203-7600
F: 516-282-7878



May 10, 2024

**VIA ECF**

Honorable Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *O'Neil v. Hadid*, 1:22-cv-10711 (CM) (GWG)

Ok
Colleen M[cMahon]
5/14/2024

Dear Judge McMahon:

We represent plaintiff Robert O'Neil in the above-referenced action and write to respectfully request a 30-day extension of time for the parties to file their dismissal papers.

Despite best efforts, the parties were not able to consummate their settlement transaction before the original deadline of May 15, 2024. This is the first request for an extension and no other requests have been granted or denied. Defendant Bella Hadid consents to the requested relief. No other dates will be impacted by this request.

Respectfully submitted,

s/ *Craig B. Sanders* /
Craig B. Sanders

*Counsel for Plaintiff*